UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JANICE MARIE SCOTT, | No. ED CV 17-01122-DFM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

In the Court's June 19, 2017 Order re: Procedures in Social Security Appeal, this Court ordered Plaintiff to provide government counsel with her portion of the joint submission regarding the issues on appeal within thirty-five (35) days of the service and filing of the Commissioner's answer. See Dkt. 9 ¶ 5(a). The Court also warned Plaintiff that failure to comply with the terms of its order would result in consideration of a "full range of remedial sanctions." See id. ¶ 6. The Commissioner filed its answer on November 8, 2017. Dkt. 15. Plaintiff's deadline to submit her portion of the joint submission was thus December 13, 2017. On January 17, 2018, the Commissioner filed a

notice of non-delivery of Plaintiff's portion of the joint submission, notifying the Court that Plaintiff's portion the joint submission had not been received. See Dkt. 17. As of the date of this order, over two weeks later, no request for extension of time has been filed by Plaintiff.

Accordingly, <u>on or before February 22, 2018</u>, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely submit her portion of the joint submission, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) request an extension of time for the joint submission deadlines. Plaintiff is expressly forewarned that if she fails to do either, the Court will deems such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.

Dated: February 2, 2018

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge